AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Mountain State Mechanical Insulation, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1: 11 cv 180 |
| BELL Constructors, LLC , et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: purusant to F.R.C.P. 58, clerk is directed to enter judgment on this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Irene M. Keeley

By order, this Court, GRANTS the defendants' Motion to Dismiss [35], DENIES AS MOOT the defendants' Motion to Strike [39] . DISMISSES the Amended Complaint WITH PREJUDICE and ORDERS that it be STRICKEN from the Court's active docket.

Date: 07/23/2012

*CLERK OF COURT, Cheryl Riley*

J. Musgrave, Deputy Clerk
*Signature of Clerk or Deputy Clerk*